```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


DANIEL TROMBLY,                  )    3:10-CV-00402-ECR-RAM
                                 )
     Plaintiff,                  )    MINUTES OF THE COURT
                                 )
vs.                              )    DATE: December 14, 2010
                                 )
CAL-WESTERN RECONVEYANCE         )
CORPORATION, et al.,             )
                                 )
     Defendants.                 )
                                 )
```

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

On August 11, 2010, Defendant Cal-Western Reconveyance Corporation ("CWRC") filed a Notice of Motion and Motion to Dismiss (#3) Plaintiff's "Writ of Prohibition" (#1).  On October 5, 2010, Defendant CWRC filed a Notice of Non-Opposition (#6) to CWRC's Motion to Dismiss (#3).  Plaintiff has not opposed the Motion (#3), which appears to be facially well taken.

**IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#3) will be **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** as to Defendant CWRC.

                                           LANCE S. WILSON, CLERK

                                           By      /s/
                                                Deputy Clerk