```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


DANIEL TROMBLY,                    )    3:10-CV-00402-ECR-RAM
                                   )
     Plaintiff,                    )    MINUTES OF THE COURT
                                   )
vs.                                )    DATE: February 3, 2011
                                   )
CAL-WESTERN RECONVEYANCE           )
CORPORATION, et al.,               )
                                   )
     Defendants.                   )
_____)
```

PRESENT:      EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

     On December 27, 2010, Defendants Stewart Title of Nevada Holdings, Inc. and Kimberly Goodin filed a Motion to Dismiss "Writ of Prohibition" (#14) for lack of subject matter jurisdiction and/or insufficient service of process and/or failure to state a claim.

     The Motion (#14) appears to be well taken on its face and no opposition having been filed in accordance with our previous Order (#15),

     **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss "Writ of Prohibition" (#14) is **GRANTED**.


                                        LANCE S. WILSON, CLERK

                                        By        /s/
                                              Deputy Clerk